# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**ALLISON JEAN PARKER**                                    **PLAINTIFF**

**V.**                                               **CIVIL NO.: 1:17-CV-183-SA-JMV**

**COMMISSIONER OF SOCIAL SECURITY**                         **DEFENDANT**

## ORDER GRANTING ADMISSION OF COUNSEL PRO HAC VICE

This matter comes before the Court upon the motion of Plaintiff Allison Jean Parker for admission of Erik W. Berger, as counsel *pro hac vice* [4]. Upon due consideration, the Court finds the motion is well-taken and should be GRANTED.

Accordingly, **IT IS ORDERED** that Erik W. Berger is hereby admitted as counsel *pro hac vice* on behalf of Plaintiff Allison Jean Parker.

**IT IS FURTHER ORDERED** that counsel shall register with the Clerk as a user of the court's electronic filing system on or before December 3, 2017. Counsel shall register electronically by accessing the attorney registration site at www.msnd.uscourts.gov/ecf.

SO ORDERED this, the 28th day of November, 2017.

                                                         /s/ Jane M. Virden
                                                         **UNITED STATES MAGISTRATE JUDGE**