IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ALLISON JEAN PARKER                                                                                    PLAINTIFF

VS.                                                             CIVIL ACTION NO. 1:17-CV-183-SA-JMV

NANCY A. BERRYHILL,
DEPUTY COMMISSIONR
FOR OPERATIONS, performing the duties
and functions not reserved to the Commissioner
of Social Security                                                        DEFENDANT

ORDER ADOPTING REPORT AND RECOMMENDATION

Upon consideration of the record of this case, the Court finds that the Report and Recommendation ("R&R") of the United States Magistrate Judge dated April 16, 2018, was on that date duly filed and the parties notified; that more than fourteen days have elapsed since notice of said R&R; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the R&R should be approved and adopted as the opinion of the Court.

It is, therefore, ORDERED**:**

1. That the R&R of the United States Magistrate Judge dated April 16, 2018, is, hereby, approved and adopted as the opinion of the Court.

2. That Defendant's motion to remand [16] is granted, and this case is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings as outlined in the opinion of the Court.

This, the 9th day of May, 2018.

                                                                  /s/ Sharion Aycock
                                                                  UNITED STATES DISTRICT JUDGE