IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ALLISON JEAN PARKER                                        PLAINTIFF

VS.                                       CIVIL ACTION NO. 1:17-CV-183-SA-JMV

NANCY A. BERRYHILL,
DEPUTY COMMISSIONER
FOR OPERATIONS, performing the duties
and functions not reserved to the Commissioner
of Social Security                                      DEFENDANT

FINAL JUDGMENT

       Consistent with the Order adopting the April 16, 2018, Report and Recommendation of the U.S. Magistrate Judge [18], this case is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. §405(g) for further proceedings.

       This, the 9th day of May, 2018.

                                                  /s/ Sharion Aycock
                                                  UNITED STATES DISTRICT JUDGE