IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ALLISON JEAN PARKER                                                                                    PLAINTIFF

V.                                                                         Civil Action No. 1:17-CV-183-SA-JMV

COMMISSIONER OF SOCIAL SECURITY                                                         DEFENDANT

ORDER ON ATTORNEY FEES

Now before the court is the Plaintiff's Motion for Attorney Fees [21] pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).

In these proceedings Plaintiff sought judicial review of the Social Security Commissioner's final decision denying a claim for benefits. By Final Judgment [20] dated May 9, 2018, this Court reversed and remanded this case to the Commissioner for further proceedings. Plaintiff now seeks attorney fees in the amount of $6,346.00 for work before this Court on the bases that Plaintiff is the "prevailing party" and the Commissioner's position was not "substantially justified." Defendant indicates she has no objection to Plaintiff's motion but, nevertheless, points out that any award should be made payable to Plaintiff, not her counsel.

The Court, having thoroughly considered the motion, the response, and the applicable law, finds the requested award is reasonable and no special circumstance would make the award unjust. The court further finds the total award should be made payable to Plaintiff.

THEREFORE, IT IS ORDERED:

That the Acting Commissioner shall promptly pay to Plaintiff a total of $6,346.00 for the benefit of counsel for Plaintiff.

This 25th day of September, 2018.

                                                  /s/ Sharion Aycock
                                              UNITED STATES DISTRICT JUDGE